IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | 3:20cv270-NBB-RP |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | C O M P L A I N T |
| | ) ) | JURY TRIAL DEMAND |
| USF HOLLAND, LLC | ) ) ) | |
| Defendant. | ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Marilyn Hervery and a class of female applicants. As alleged with greater particularity in the paragraphs below, USF Holland, LLC failed to hire Hervery and a class of other females, because of their sex, female, for truck driving positions at its Olive Branch, Mississippi terminal from its opening around 1986 to the present.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§ 2000e-5(f)(1) and (3) "Title VII") and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Mississippi, Oxford Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4. At all relevant times, Defendant USF Holland, LLC, ("Defendant Employer") has continuously been doing business in the State of Mississippi and the City of Olive Branch and has continuously had at least 15 employees. Defendant Employer has multiple locations throughout the United States.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## ADMINISTRATIVE PROCESS

6. More than thirty days prior to the institution of this lawsuit, Marilyn Hervery (Hervery) filed a charge with the Commission alleging violations of Title VII by Defendant Employer.

7. On August 5, 2019, the Commission issued to Defendant Employer a Letter of Determination finding reasonable cause to believe that Defendant Employer violated Title VII and inviting Defendant Employer to join with the Commission in informal methods of

conciliation to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

8. The Commission engaged in communications with Defendant Employer to provide Defendant Employer the opportunity to remedy the discriminatory practices described in the Letter of Determination.

9. The Commission was unable to secure from Defendant Employer a conciliation agreement acceptable to the Commission.

10. On September 23, 2019, the Commission issued to Defendant Employer a Notice of Failure of Conciliation.

11. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS OF MARILYN HERVERY

12. Since at least 1986, Defendant Employer has engaged in unlawful employment practices at its Olive Branch, Mississippi location in violation of Section 703(a) of Title VII, 42 U.S.C. 2000e-2.

13. The unlawful practices include failing to hire Hervery and other females as truck drivers because of their sex, female.

   a. On or about May 2015, Hervery applied for a truck driver position with Defendant Employer.

   b. Defendant Employer had five open truck driver positions at the time of Hervery's application.

   c. Hervery met all of the requisite qualifications listed by Defendant Employer for the position.

   d. Defendant Employer scheduled Hervery for an interview for August 19, 2015.

    e.    Hervery canceled the interview because she had to leave the state due to a family emergency.

    f.    Hervery returned earlier than expected. She called Defendant Employer and informed Defendant Employer that she was available for her interview at the previously scheduled time.

    g.    Defendant Employer advised Hervery to appear for her interview at the previously scheduled time.

    h.    Defendant Employer advised Hervery during the interview that she also needed forklift certification.

    i.    Hervery obtained her forklift certification and advised Defendant Employer of same.

    j.    Defendant Employer did not hire Hervery and instead hired three male applicants, two of which Defendant Employer interviewed after Hervery's interview.

    k.    Hervery is at least as qualified or more qualified than the males hired by Defendant Employer into truck driving positions.

    14.    The effect of the practices complained of in Paragraphs 12 and 13 above has been to deprive Hervery of equal employment opportunities and otherwise adversely affect her status as an applicant for employment because of her sex, female.

    15.    The unlawful employment practices complained of in Paragraph 13 above were and are intentional.

    16.    The unlawful employment practices complained of in Paragraph 13 above were and are done with malice or with reckless indifference to the federally protected rights of Hervery.

## **STATEMENT OF CLAIMS OF OTHER FEMALE CLASS MEMBERS**

17. Since 1986, Defendant Employer has engaged in unlawful employment practices at its location in Mississippi in violation of Section 703(a) of Title VII, 42 U.S.C. 2000e-2.

18. The unlawful practices include failing to hire qualified females into truck driving positions because of their sex, female.

   a. Since the opening of its Olive Branch, Mississippi location, Defendant Employer failed to hire female applicants who applied for a truck driving position.

   b. During the Commission's administrative investigation, Defendant did not produce any records to indicate that Defendant Employer had employed any females as truck drivers in Olive Branch since at least 2005.

   c. Defendant has employed virtually no females as truck drivers at its Olive Branch location since that location opened in 1986.

   d. As of May 2016, Defendant Employer employed over 100 drivers at its Olive Branch location. All of those drivers employed in May 2016 were males. None were females.

   e. Based on information and belief, Defendant Employer hired males into all of its open truck driving positions for which the females applied.

19. The effect of the practices complained of in Paragraphs 17 and 18 above has been to deprive females of equal employment opportunities and otherwise adversely affect their status as an applicant for employment because of their sex, female.

20. The unlawful employment practices complained of in Paragraph 18 above were and are intentional.

21. The unlawful employment practices complained of in Paragraph 18 above were and are done with malice or with reckless indifference to the federally protected rights of a class of female applicants.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it from failing to hire females into truck driving positions.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for Hervery and a class of female applicants and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Hervery and a class of female applicants by providing appropriate backpay with prejudgment interest in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to instatement or alternatively awarding them front pay.

D. Order Defendant Employer to make whole Hervery and a class of female applicants by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraphs 13 and 18 above, including relocating expenses and job search expenses, in amounts to be determined at trial.

E. Order Defendant Employer, to make whole Hervery and a class of female applicants by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in Paragraphs 13 and 18 above, including emotional pain and

suffering, humiliation, inconvenience, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendant Employer to pay Hervery and a class of female applicants punitive damages for its malicious and reckless conduct, as described in Paragraphs 13 and 18 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

**SHARON FAST GUSTAFSON**
General Counsel

**ROBERT A. CANINO**
Acting Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

s/ Faye A. Williams
**FAYE A. WILLIAMS**
Regional Attorney
Tennessee Bar No. 011730

s/ Timothy M. Bowne
**TIMOTHY M. BOWNE**
Supervisory Trial Attorney
Texas Bar No. 00793371

s/ Markeisha K. Savage
**MARKEISHA K. SAVAGE**
Trial Attorney
Tennessee Bar No. 024693

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Memphis District Office
1407 Union Avenue, Suite 901
Memphis, TN 38104
(901) 544-0088

s/ Pamela B. Dixon
**PAMELA B. DIXON**
Senior Trial Attorney
Arkansas Bar No. 95085

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Little Rock Area Office
820 Louisiana Street, Suite 200
Little Rock, AR 72201
(501) 324-5065