IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                                                 PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:20-cv-270-NBB-RP

USF HOLLAND, LLC                                                                         DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's partial motion to dismiss plaintiff's complaint is **GRANTED**.

This 30th day of September, 2021.

    /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE