IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:20-cv-00270 |
| v. | ) ) | District Judge Biggers |
| USF HOLLAND, LLC | ) ) | Magistrate Judge Percy |
| Defendant. | ) ) ) ) | |

**PLANITIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO NEGOTIATE ESI PROTOCOL**

This Court has ordered Plaintiff Equal Employment Opportunity Commission and Defendant USF Holland, LLC, to prepare specific criteria for ESI discovery and to notify the Court of any dispute by November 23, 2021. [Doc. No. 45]. The Commission asks the Court to extend the deadline from November 23, 2021 to December 7, 2021.

The Court, for good cause shown, can extend the preparation/notification deadline. *See* Fed. R. Civ. P. 6(b)(1). The Commission submits that good cause exists here because the parties have not reached a final agreement on ESI criteria and thus require additional time to negotiate/confer. Defendant does not oppose this Motion, and this Motion will not prejudice any party or delay any proceedings.

For good cause shown, the Commission asks the Court to extend the deadline to December 7, 2021. Due to the substance and nature of this Motion, the Commission also asks to be relieved of the requirement of submitting a supporting memorandum as mandated by Local Rule 7(b)(4).

This, the 23rd day of November 2021.

Respectfully submitted,

By: /s/*Markeisha K. Savage*
MARKEISHA SAVAGE
Trial Attorney
TN Bar No. 024693
markeisha.savage@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
1407 Union Avenue, Suite 900
Memphis, TN 38104
Telephone: (901) 685-4638
Facsimile (901) 544-0111
*Attorney for Plaintiff Equal Employment Opportunity Commission*

## CERTIFICATE OF SERVICE

I certify that on November 23, 2021, a copy of the foregoing document was served by electronic mail on the following counsel of record:

Zachary B. Busey
Jennifer G. Hall
Jonathan D. Lotsoff
Mikaela R. Shaw
Ami N. Wynne

*Attorneys for Defendant USF Holland, Inc.*

s/ Markeisha K. Savage
Markeisha K. Savage