# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **PLAINTIFF** |
| v. | **CASE NO.: 3:20-cv-270-NBB-RP** |
| **USF HOLLAND, LLC** | **DEFENDANT** |

## ORDER EXTENDING DEADLINES

Before the Court is the Parties' Joint Motion to Extend CMO Deadlines. (ECF No. 75.) The CMO set a deadline of April 14, 2022, for Plaintiff to file any amended complaint to identify additional class members and for certain putative class and Hervery discovery by both parties. (*See* CMO, ECF No. 45, PageID 159.) The Parties require additional time to complete written discovery and depositions in advance of this deadline. Accordingly, for good cause shown, the Court finds that the requested extension is appropriate and should be **GRANTED**. The CMO's deadline of April 14, 2022, is hereby extended to July 22, 2022. The Telephonic Status Conference and Settlement Conference set forth in the CMO (*see also* ECF Nos. 46 & 47) are cancelled and will be reset by separate order.

**IT IS SO ORDERED**, this, the 14th day of April, 2022.

 /s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE