IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION             PLAINTIFF

V.                                                  CAUSE NO. 3:20-CV-270-NBB-RP

USF HOLLAND, LLC                                    DEFENDANT

## ORDER TEMPORARILY STAYING DISCOVERY AND SETTING SCHEDULING DEADLINES

This matter is before the court on the parties Joint Motion for Temporary Stay of Discovery Pending Mediation and to Continue Settlement Conference, wherein the parties request a stay of discovery pending a mediation of this dispute that is scheduled to take place on March 1, 2023. ECF #117. The court finds the motion is well taken and should be GRANTED.

Therefore, it is ORDERED:

1. All discovery in this case is STAYED until March 2, 2023.

2. The remaining scheduling deadlines are set as follows:

   | | |
   |---|---|
   | Plaintiff's expert designation: | March 27, 2023 |
   | Defendant's expert designation: | April 25, 2023 |
   | Discovery: | May 26, 2023 |
   | Dispositive and *Daubert* motions: | June 9, 2023 |

3. Discovery will be subject to the following limitations:

   a. Interrogatories are limited to 25 succinct questions.

   b. Requests for Production are limited to 30 succinct questions.

   c. Requests for Admission are limited to 30 succinct questions.

   d. Depositions are limited to the claimants and up to 10 other fact witnesses per party.

SO ORDERED, this the 16th day of December, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE